IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAYNA M. JOHNSTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1:23-cv-00169-MPB-MG ) ) |
| HEARTLAND FOOD PRODUCTS GROUP, | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' *Joint Stipulation of Dismissal With Prejudice*, finds that the *Stipulation* should be approved. (Dkt. No. 15).

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear her or its own costs, including attorneys' fees.

Date: May 4, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel.